IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILLIE SUGGS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) |
| | ) |
| NORTHSTAR MORTGAGE, LLC (SERVICER), U.S. BANK NATIONAL ASSOC. AS TRUSTEE FOR THE HOLDERS OF THE STRUCTURED ASSET INVESTMENT LOAN TRUST 2006-3, and ALBERTELLI LAW, | ) Civil Action No. _____ |
| | ) |
| Defendants. | ) |

### NOTICE OF REMOVAL

Defendant U.S. Bank National Association ("U.S. Bank") hereby removes this action to the United States District Court for the Northern District of Georgia, Atlanta Division, showing the Court as follows:

Plaintiff Willie Suggs ("Plaintiff") filed her Complaint[1], Civil Action Number 2013CV05262-6, in the Superior Court of Clayton County, Georgia,

---

[1] Plaintiff has previously filed a similar action in the Superior Court of Clayton County. Plaintiff's Complaint was removed to the Northern District of Georgia,

asserting claims stemming from an alleged wrongful foreclosure and Fair Debt Collection Act ("FDCPA") violations. A copy of the Complaint is attached hereto as **Exhibit A**.

The Court has subject matter jurisdiction over this matter, and this case is properly removed to this Court, as shown below:

Upon information and belief, Northstar Mortgage, LLC and Albertelli Law have not been served with process in this matter.[2]

The Court has federal subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Plaintiff asserts claims based on the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, the Depository Institutions Deregulations & Monetary Control Act, 12 U.S.C. § 1735f-7, and various Uniform Commercial Code violations. *See e.g.* Complaint at ¶¶ 28, 29, 30, 59, 60.  Therefore, the Court has federal subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331. *See Boone v. JP Morgan Chase Bank*, 447 Fed. Appx. 961, 963 (11th Cir. 2011)

---

Atlanta Division.  *See* No. 1:13-CV-00015 (JEC).  Plaintiff's case was dismissed September 23, 2013.

[2] "When a civil action is removed solely under section 1441(a), all defendants who have been **properly joined and served** must join in or consent to the removal of the action." 28 U.S.C. § 1446(b)(2)(A).

("Here, removal to federal court was proper because the district court had subject-matter jurisdiction based on violations of federal statutes include … FDCPA.")

A true and correct copy of this Notice of Removal will be filed with the Clerk of the Superior Court of Clayton County, Georgia as required by 28 U.S.C. § 1446.

Concurrent with the filing of this Notice of Removal, U.S. Bank has served Plaintiff with a copy of U.S. Bank's Notice to Superior Court of Removal to Federal Court, which will be filed in the Superior Court of Clayton County, Georgia. A copy of this Notice, without exhibits, is attached hereto as **Exhibit B.**

By filing this Notice of Removal, U.S. Bank does not waive their right to assert any defenses and/or objections to which it is entitled.

WHEREFORE, U.S. Bank prays that Civil Action Number 2013cv05262-6, in the Superior Court of Clayton County, Georgia, be removed to and proceed in this Court and that no further proceeding be had in this case in the Superior Court of Clayton County, Georgia.

Respectfully submitted this 7th day of February, 2014.

**/s/ Christopher S. Anulewicz**
Christopher S. Anulewicz
Georgia Bar No. 020914
E-mail: canulewicz@balch.com
Geremy Gregory
Georgia Bar No. 885342
E-mail: ggregory@balch.com

**BALCH & BINGHAM LLP**
30 Ivan Allen Jr. Blvd. N.W., Suite 700
Atlanta, GA 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656

ATTORNEYS FOR U.S. BANK
NATIONAL ASSOCIATION

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been filed the Clerk of Court using the CM/ECF system and served upon the following by U.S. Mail, properly addressed and postage prepaid, on this the 7th day of February, 2014:

Willie Suggs
2470 Creekside Trace
Jonesboro, Georgia 30236

**/s/ Christopher S. Anulewicz**
Christopher S. Anulewicz
Georgia Bar No. 020914