IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILLIE SUGGS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) |
| | ) |
| NORTHSTAR MORTGAGE, LLC (SERVICER), U.S. BANK NATIONAL ASSOC. AS TRUSTEE FOR THE HOLDERS OF THE STRUCTURED ASSET INVESTMENT LOAN TRUST 2006-3, and ALBERTELLI LAW, | ) Civil Action No. _____ |
| | ) |
| Defendants. | ) |

## DEFENDANT U.S. BANK NATIONAL ASSOCIATION'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3 of the United States District Court for the Northern District of Georgia, Defendant U.S. Bank National Association ("U.S. Bank") certifies the following:

(1) The undersigned counsel of record for Defendant certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock:

Willie Suggs:  Individual

191600.1

<u>Albertelli Law</u>:  U.S. Bank is unaware of Albertelli Law's corporate structure.

<u>U.S. BANK</u>:  U.S. Bank National Association is a wholly owned subsidiary of U.S. Bancorp, a publically held company traded under the symbol USB.  No publically held company owns 10% or more of U.S. Bancorp's stock.

NORTHSTAR MORTGAGE, LLC:  U.S. Bank is unaware of Northstar Mortgage LLC's corporate structure.

(2)  The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Defendant is unaware if there are other entities or individuals associated with the Plaintiff that have a financial interest in or other interest that could be substantially affected by the outcome of this case.

(3)  The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this matter:

<u>Counsel for Plaintiff:</u>
Pro Se

<u>Counsel for U.S. Bank:</u>
Christopher S. Anulewicz
Geremy Gregory
**Balch & Bingham LLP**
30 Ivan Allen Jr. Blvd. N.W., Suite 700
Atlanta, GA 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656

191600.1

2

Respectfully submitted this 7th day of February, 2014.

        **/s/ Christopher S. Anulewicz**
        Christopher S. Anulewicz
        Georgia Bar No. 020914
        E-mail: canulewicz@balch.com
        Geremy Gregory
        Georgia Bar No. 885342
        E-mail: ggregory@balch.com

        **BALCH & BINGHAM LLP**
        30 Ivan Allen Jr. Blvd. N.W., Suite 700
        Atlanta, GA 30308
        Telephone: (404) 261-6020
        Facsimile: (404) 261-3656

        *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been filed the Clerk of Court using the CM/ECF system and served upon the following by U.S. Mail, properly addressed and postage prepaid, on this the 7th day of February, 2014:

Willie Suggs
2470 Creekside Trace
Jonesboro, Georgia 30236

**/s/ Christopher S. Anulewicz**
Christopher S. Anulewicz
Georgia Bar No. 020914

191600.1